**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District Of **Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Schutt Sports, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Schutt Manufacturing Company; Schutt Sports Manufacturing Co.;<br>Schutt Sports Distribution Company; Schutt Athletic Sales Company | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): 37-1190521 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>710 South Industrial Drive<br>Litchfield, IL<br>ZIP CODE 62056 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Montgomery | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [ ] 1-49 | [ ] 50-99 | [x] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [x] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [x] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

CHI60,045,182v3 9-3-10

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Schutt Sports, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor:<br>See Attached Schedule 1 | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *Victoria W Counihan* (signed)
Signature of Attorney for Debtor(s)
Victoria W Counihan
Printed Name of Attorney for Debtor(s)
Greenberg Traurig, LLP
Firm Name
The Nemours Building
Address
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000
Telephone Number
9/6/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Rollen Jones
Printed Name of Authorized Individual
Chief Financial Officer
Title of Authorized Individual
9/6/2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# SCHEDULE 1

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, contemporaneously with the filing of this petition. The Debtors filed a motion requesting joint administration.

1. Circle System Group, Inc.
2. Melas, Inc.
3. Mountain View Investment Company of Illinois
4. R.D.H. Enterprises, Inc.
5. Schutt Sports, Inc.
6. Triangle Sports, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCHUTT SPORTS, INC., *et al.*,[1] | Case No. 10-_____ (____) |
| Debtors. | (Joint Administration Requested) |

## LIST OF CREDITORS HOLDING FORTY LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtors' creditors holding the forty largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the forty largest unsecured claims; or (3) claims held by any of the Debtors' employees. Any amounts listed herein are estimated, subject to verification and later dispute. Without limiting the forgoing, the Debtors reserve their rights to dispute or challenge any claim on this list for any reason. The information set forth on this schedule shall not constitute an admission of liability by, nor is binding on, the Debtors, and the failure to list a claim as contingent, disputed or subject to setoff shall not be a waiver of any of the Debtors' rights relating thereto.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1 | Riddell Inc. | 669 Sugar lane<br>Elyria, Ohio 44035<br>Phone: (440) 366-8225<br>Fax: (440) 366-6262<br><br>Christopher G. Hanewicz<br>Perkins Coie LLP<br>One East Main Street, Ste. 201<br>Madison, WI 53703<br>Phone: (608) 663-7460<br>Fax: (608) 663-7499 | Litigation | Disputed<br>Subject to Setoff | $ 29,000,000 |
| 2 | Windjammer Capital Investors | 890 Winter St., Suite 130<br>Walthan, MA 02451<br>Phone: (781) 530-9100<br>Fax: (781) 530-9200 | Subordinated Debt | | $ 17,400,000 |
| 3 | Ponderosa INT'L LTD | 3F, 126, Ming Tsu W. Road<br>Taipei, Taiwan<br>Phone 886-225-936-111<br>Fax 866-225-922-551<br>Vicky Hsia, George Lu | Trade Debt | | $ 2,603,225 |
| 4 | Genn Shang Ind. Co., LTD. | #1-14, MA Tou Kow Tainan Hsien<br>886-6-570-3281<br>Fax: 886 6 5701119 | Trade Debt | | $ 2,147,011 |
| 5 | Ropes & Gray, LLP | PO Box 414265<br>Boston MA 02241-4265<br>Phone: (617) 951-7000<br>Fax: (617) 951-7050 | Professional Service | | $ 1,989,647 |
| 6 | Kirkland & Ellis LLP | 300 North LaSalle<br>Chicago IL 60654<br>Phone: (312) 862-2000<br>Fax: (312) 862-2200 | Professional Service | | $ 589,681 |
| 7 | Alan Abeshaus | 459 Wedgewood Drive<br>Easton, PA 18045 | Subordinated Note | Disputed<br>Subject to Setoff | $ 560,013 |
| 8 | Mitchell Kurlander | 3717 Barrington Dr.<br>Allenton, PA 18104 | Subordinated Note | Disputed<br>Subject to Setoff | $ 479,996 |
| 9 | Eric Abeshaus | 32 Old Mine Road<br>Lebanon, NY 08833 | Subordinated Note | Disputed<br>Subject to Setoff | $ 479,996 |
| 10 | David Drill | 3762 Tiffany Dr.<br>Easton, PA 18045 | Subordinated Note | Disputed<br>Subject to Setoff | $ 479,996 |
| 11 | Unique Personnel Consultants, Inc. | 39018 Treasury Center<br>Chicago IL 60694-9000<br>Phone: (217) 324-5700<br>Fax: (217) 327-5770 | Temporary Staffing Agency | | $ 472,197 |

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 12 | All American Sports Corp | 4230 Paysphere Circle, Chicago, IL 60674 Phone (800) 275-5338 Fax (440) 366-0041 | Trade Debt | | $ 409,808 |
| 13 | United Parcel Service | Lockbox 577 Carol Stream IL 60132-0577 Fax: (614) 791-4509 | Trade Debt | | $ 349,092 |
| 14 | Gridiron Capital Partners, LLC | 220 Elm Street New Canaan CT 06840 Phone: (203) 972-1100 Fax: (203) 801-0602 Attn: Timothy W. Clark | Management Fee | | $ 300,000 |
| 15 | Sabic IP US LLC | 24481 Network Place Chicago IL 60673-1244 Melody Salcer X 4266 Phone: (800) 752-7842 Fax: (413) 448.7110 | Trade Debt | | $ 286,530 |
| 16 | NOCSAE | 10111 W. 87th Street P.O. Box 12290 Overland Park, KS 66282-2290 Phone: (913) 888-1340 Fax: (913) 498-8817 | Trade Debt | | $ 257,038 |
| 17 | Der-Tex Corporation | 1 Lehner Road Saco ME 04072 John Hart Phone: (207) 284-5931 Fax: (207)284-9026 | Trade Debt | | $ 246,747 |
| 18 | Scarbrough | P.O. Box 20492 Kansas City MO 64195 Phone: (816) 891-2400 Fax: (816) 891-7625 | Trade Debt | | $ 232,786 |
| 19 | Zhuhai Putuo Com & Trading Co, LTD | RM 1001,10/F,Tai Yau Bld Hong Kong Phone: 85-2-2889-8833 Fax: 85-2-2889-8433 | Trade Debt | | $ 207,392 |
| 20 | Kline's | 630 N. 13th Street, Allentown, PA 18102 Phone: (610) 433-3203 Fax: (610) 433-5417 | Trade Debt | | $ 158,443 |
| 21 | Roto Plastics | 1001 Division St. Adrian MI 49221 Joe Cabello, Connie Phone: (517) 263-8981 Fax: (517) 263-2542 | Trade Debt | | $ 157,841 |
| 22 | Akzo Nobel Coatings, Inc. | P.O. Box 533327 Charlotte NC 28290-3327 Phone: (704) 525-8511 Fax: (704) 525-8512 | Trade Debt | | $ 140,367 |

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 23 | Marine Fasteners | PO Box 471318<br>Lake Monroe FL 32747-1318<br>(800) U-MARINE<br>Phone: (407) 321-2994<br>Fax: (407) 330-0951 | Trade Debt | | $ 132,929 |
| 24 | Arrow Box Company | 60 Leffingwell Avenue<br>St. Louis MO 63122<br>Phone: (314) 821-3280<br>Fax: (314) 821-3263 | Trade Debt | | $ 107,092 |
| 25 | St. Louis Business Forms | 815 Sunpark Dr.<br>Fenton MO 63026<br>Joe Raible<br>Phone: (636) 343-6860<br>Fax: (636) 349-1909 | Trade Debt | | $ 96,233 |
| 26 | YRC | P.O. Box 93151<br>Chicago IL 60673-3151<br>Fax: (913) 344-4710 | Trade Debt | | $ 93,008 |
| 27 | Manufacturing Solutions Co, Ltd | Chi-Am Global Sanxiang Town,<br>Zhong Shan Guang Dong<br>528463<br>Phone: 8621-6390-6158<br>Fax: 8621-6182-3700 | Trade Debt | | $ 80,512 |
| 28 | The Manning Passing Academy | C/O Mai, IMG Center<br>Cleveland OH 44114-1782<br>Fax: (541)225-5146 | Sponsorship | | $ 75,000 |
| 29 | ABF Freight System, Inc | 1940 PA Route 309,<br>Allentown, PA 18104-9325<br>Phone: (610) 395-8300<br>Fax: (610) 395-8255 | Trade Debt | | $ 68,289 |
| 30 | Davis & Hosfield Consulting LLC | 20 North Wacker Drive<br>Chicago, IL 6060<br>Phone: (312) 506-1500<br>Fax: (312) 506-1510 | Professional Service | | $ 51,439 |
| 31 | LMC Industries | P.O. Box 660296<br>Indianapolis, IN 46206-0296<br>Phone: (636) 282-8080<br>Fax: (636) 282-7114 | Trade Debt | | $ 50,385 |
| 32 | Innotek Powder Coatings, LLC | PO Box 2499<br>Midland TX 79720<br>Lawrence Rhodes<br>Phone: (432) 686-5946<br>Fax: (432) 267-1318 | Trade Debt | | $ 49,020 |

| | Name of Creditor | Name, Complete Mailing Address (Including Zip Code) and Telephone Number of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 33 | Alan Abeshaus, Sandra Abeshaus and the Sandra Abeshaus Grantor Retained Annuity Trust | 459 Wedgewood Drive Easton, PA 18045<br><br>Jacobs & Jacobs 214 Bushkill Street Easton, PA 18042-1892 Phone: (610) 253-9389 | Lease Payment | Subject to Setoff | $43,750 |
| 34 | Scovill Fasteners, Inc. | P.O. Box 409312 Atlanta GA 30384-9312 Michelle Sisk Phone: (800) 756-4368 Fax: (706) 754-2826 | Trade Debt | | $ 43,365 |
| 35 | Keystone Steel And Wire | 7000 SW Adams St Peoria, IL 61641-0002 (800) 447-6444 Phone: (309) 697-7020 Fax: (309) 697-7422 | Trade Debt | | $ 42,852 |
| 36 | Thorp Reed & Armstrong, LLP | P.O. Box 3300 Pittsburgh, PA 15230 Phone: (412) 394-7711 Fax: (412) 394-2555 | Professional Service | | $ 40,658 |
| 37 | Perryman Company | 213 Vandale Drive Houston, PA 15342 Phone: (724) 746-9390 Fax: (724) 746-9392 | Trade Debt | | $ 37,562 |
| 38 | A. M. Logistics, Inc. | 101 Skinner St. Charles, MO 63301 Phone: (636) 949-6990 Fax: (636) 940-2553 | Trade Debt | | $ 33,720 |
| 39 | McGladrey & Pullen | 5155 Paysphere Circle Chicago, IL 60674 Phone: (217) 789-7700 Fax: (314) 241-4105 | Professional Service | | $ 31,410 |
| 40 | American Football Coaches Assoc. | 100 Legends Ln Waco, TX 76706-1243 Phone: (254) 754-9900 Fax: (254) 754-7373 | Marketing Service | | $ 30,000 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCHUTT SPORTS, INC., *et al.*,[1] | Case No. 10-_____ (____) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING FORTY LARGEST UNSECURED CLAIMS

The debtors and debtors-in-possession (the "Debtors") in the above-captioned cases, hereby certify under penalty of perjury that the consolidated *List of Creditors Holding Forty Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtors' knowledge, correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the consolidated *List of Creditors Holding Forty Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of Sept, 2010.

Signature _____
By: Rollen Jones
Title: Chief Financial Officer

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SCHUTT SPORTS, INC., | Case No. [_____] () |
| Debtor. | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**

| **Name** | **Address** | **% Equity Interest** |
|---|---|---|
| Schutt Holdings, Inc. | 710 South Industrial Drive Litchfield, IL 62056 | 100% |

[The remainder of this page is intentionally blank.]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SCHUTT SPORTS, INC., | Case No. [_____] () |
| Debtor. | (Joint Administration Requested) |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

Schutt Sports, Inc., a debtor and debtor in possession (the "**Debtor**") in the above captioned case, hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the List of Equity Security Holders of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Litchfield, Illinois
~~August~~ September 6, 2010

/s/ Rollen Jones
Rollen Jones
Chief Financial Officer

# MINUTES OF A SPECIAL MEETING
# OF
# THE BOARD OF DIRECTORS
# OF
# SCHUTT SPORTS, INC.
(an Illinois corporation)

September 3, 2010 and September 5, 2010

On September 3, 2010 at 9:00 a.m. CST, a special meeting of the Board of Directors (the "Board") of Schutt Sports, Inc. (the "Corporation") was held telephonically. All of the parties present were able to be heard. The following directors were present: Timothy Clark, Robert Erb, Juliette Nimmons, Steven Day, Daniel Schmidt, Coley Bailey and George McDaniel III. Also present were Keith Shapiro, Nancy Peterman and Rachel Cohen, of Greenberg Traurig, LLP and Peter Kaufman, Henry Owsley and David Herman, of GAC Investments, LLC.

The meeting was called to order by Daniel Schmidt, the Chairman of the Board, and on the agenda was the approval of the filing of a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and various matters related thereto.

The Board unanimously waived any notice requirements for a meeting.

The Board considered the Corporation's liabilities and liquidity situation, the strategic alternatives available to it, the status of discussions with major constituents, including any proposals received from such constituents, the recent judgment in favor of Riddell and new litigation commenced by Riddell, pending products liability litigation, and the impact of each of the foregoing on the Corporation's businesses;

The Board had the opportunity to consult with the management and the advisors of the Corporation about the strategic alternatives available to the Corporation; and

At approximately 9:40 a.m. CST, the Board unanimously agreed to continue the meeting at 4:30 pm CST to give the Corporation an opportunity to make progress on discussions with Riddell, Bank of America, Windjammer and other constituents or potential equity or debt investors. The meeting was then adjourned until 4:30 p.m. CST.

On September 3, 2010 at 4:30 p.m. CST, a special meeting of the Board of the Corporation was reconvened. This meeting was held telephonically. All of the parties present at the meeting earlier in the day were present, and all parties were able to be heard.

The Board discussed the status of discussions with major constituents, including any proposals received from such constituents during the course of the day;

The Board had the opportunity to consult with the management and the advisors of the Corporation about the strategic alternatives available to the Corporation; and

At approximately 5:00 p.m.. CST, the Board unanimously agreed to continue the meeting on Sunday, September 5, 2010 at 3:00 pm CST to give the Corporation an opportunity to make progress on discussions with Riddell, Bank of America, Windjammer and other constituents or potential equity or debt investors. The meeting was then adjourned until Sunday, September 5 at 3:00 p.m. CST.

On September 5, 2010 at 3:00 p.m. CST, a special meeting of the Board of the Corporation was reconvened. This meeting was held telephonically. All of the parties present at the meeting on Friday were present, and all parties were able to be heard.

The Board discussed the status of discussions with major constituents, including any proposals received from such constituents since Friday, September 3, 2010;

The representatives of GAC Investments, LLC were then excused from the meeting.

The Board had an opportunity to consult with management and advisors of the Corporation about the strategic alternatives available to the Corporation; and

The Board unanimously approved the following resolutions:

RESOLVED, that in the judgment of the Board of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); and

RESOLVED, that any of the Chief Executive Officer, the President, the Chief Financial Officer, any Vice President, the Secretary, any Assistant Secretary, the Treasurer, and such other officers as may be designated by the Chief Executive Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the chapter 11 bankruptcy case and obtain chapter 11 relief, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor and to obtain any debtor in possession financing, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors, employees and other interested parties that the Corporation enter into that certain senior secured super priority debtor in possession financing facility in the maximum principal amount of $34,000,000 with Bank of America, N.A., as agent and lender (the "Lender"), substantially on the terms and conditions set forth in that certain Ninth Amendment to Loan and Security Agreement, and Amendment to Other Loan Documents by and among the Corporation, certain of its affiliates and the Lender and the related order (collectively, the "DIP Credit Agreement") , that the terms and conditions of the DIP Credit Agreement, are fair and reasonable and that the appropriate officers of the Corporation are hereby authorized, empowered and directed to execute such other related documents, instruments, certificates, opinions, and agreements as may be required by Lender in

connection with the DIP Credit Agreement in a form and containing such terms and provisions as the officer executing the same on behalf of the Corporation considers proper;

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Greenberg Traurig, LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Greenberg Traurig, LLP; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ the financial advisory firm of Ernst & Young as financial advisor to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Ernst & Young; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ Logan & Company, Inc. as claims agent to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Logan & Company, Inc.; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ Oppenheimer & Co. as investment banker to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Oppenheimer & Co.; and

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

RESOLVED, that any and all actions previously taken or to be taken by the officers of the Corporation, or any of them, with respect to and in contemplation of, the actions authorized by any of the foregoing resolutions, are hereby authorized, approved, ratified and confirmed.

The meeting was adjourned at approximately 4:50 p.m. CST on September 5, 2010.

IN WITNESS WHEREOF, the undersigned duly appointed Chief Financial Officer, Treasurer and Secretary of Schutt Sports, Inc. (the "Corporation") does hereby certify that the aforesaid minutes and the resolutions contained therein are the true and correct minutes and resolutions duly adopted by the Board of Directors of Corporation at a special meeting thereof duly noticed and called, and that a signed copy of the aforesaid minutes has been filed in the minute book of Corporation.

_____
Rolleh Jones
Chief Financial Officer, Treasurer and Secretary

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SCHUTT SPORTS, INC., | Case No. 10-_____ ( ) |
| Debtor. | (Joint Administration Pending) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Schutt Holdings, Inc. | 100 % |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of Schutt Sports, Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: Litchfield, Illinois
Sept. 6, 2010

Rollen Jones
Chief Financial Officer