IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCHUTT SPORTS, INC., *et al.* | ) | Case No. 10-12795 (KJC) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the certification that follows, counsel moves the admission *pro hac vice* of Daniel Zazove of Perkins Coie LLP, 131 S. Dearborn Street, Suite 1700, Chicago, Illinois 60603-5559, to represent Riddell, Inc. in these cases.

Dated: September __, 2010

_____
Laura Davis Jones Bar No. 2436)
Bruce Grohsgal (Bar No. 3583)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and am admitted to practice in the United States District Courts for the Northern, Central and Southern Districts of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Daniel Zazove, Esquire
Perkins Coie LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois 60603-5559
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: September ____, 2010

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

68700-001\DOCS_DE:163384.1