UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Schutt Sports, Inc., *et al.* | : | Case No. 10-12795 (KJC) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

--------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Ponderosa International Corp.**, Attn: George Lu, 3F Ming Tsu West Rd., Taipei, Taiwan 10364, Phone: 886-2-2593-6111, Fax: 886-2-2592-2551

2. **Genn Shang Ind Co. Ltd.**, Attn: Jason Lee, I-14 Matou Kow Makow Li, Matou Chen, Tainan, Taiwan 721, Phone: 886-6-570-3281, Fax: 886-6-570-3456

3. **United Parcel Service**, Attn: Steven D. Sass, 307 International Circle, Ste. 270, Hunt Valley, MD 21030, Phone: 410-773-4040, Fax: 410-773-4057

4. **NOCSAE**, Attn: Michael Oliver, 11020 King St., Suite 215, Overland Park, KS 66210, Phone: 913-498-8814, Fax: 913-498-8817

5. **SABIC Innovative Plastics**, Attn: Val Venable, 9930 Kincey, Huntersville, NC 28078, Phone: 704-992-5075, Fax: 866-585-2386

6. **Scarbrough International, Ltd.**, Attn: Doug Ferrell, 10841 Ambassador Drive, Kansas City, MO 64153, Phone: 816-891-2400, Fax: 816-584-2505

7. **Zhuhai Putuo Commerce & Trading Company Ltd.**, Attn: Yan Wu, RM 1001 101F, Tai Yau Bld, Hong Kong, Phone: 00852-28898833, Fax: 00852-28898433


ROBERTA A. DeANGELIS
United States Trustee, Region 3


  /s/ Mark S. Kenney for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: September 16, 2010

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Victoria W. Counihan, Esquire, Phone: (302) 661-7700, Fax: (302) 661-7360