# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCHUTT SPORTS, INC., et al., | Case No. 10-12795 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") files this Notice of Appearance and Request for Notices and Papers pursuant to Section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these bankruptcy cases be given and served on the Committee by serving:

Kenneth A. Rosen, Esq.
Vincent A. D'Agostino, Esq.
Jeffrey D. Prol, Esq.
Cassandra M. Porter, Esq.
Lowenstein Sandler P.C.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
E-mail: krosen@lowenstein.com
E-mail: vdagostino@lowenstein.com
E-mail: jprol@lowenstein.com
E-mail: cporter@lowenstein.com

-and-

Steven K. Kortanek (DE Bar No. 3106)
James M. Lennon (DE Bar No. 4570)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: jlennon@wcsr.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of the Committee (i) to have final orders in non-core matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  September 17, 2010

**WOMBLE CARLYLE SANDRIDGE  
    & RICE, PLLC**

 /s/ Steven K. Kortanek
Steven K. Kortanek (DE Bar No. 3106)
James M. Lennon (DE Bar No. 4570)
222 Delaware Avenue, Ste. 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail: skortanek@wcsr.com
E-mail: jlennon@wcsr.com

-and-

**LOWENSTEIN SANDLER P.C.**

Kenneth A. Rosen, Esq.
Vincent A. D'Agostino, Esq.
Jeffrey D. Prol, Esq.
Cassandra M. Porter, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-597-2500
Facsimile: 973-597-2400
E-mail: krosen@lowenstein.com
E-mail: vdagostino@lowenstein.com
E-mail: jprol@lowenstein.com
E-mail: cporter@lowenstein.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*