# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCHUTT SPORTS, INC., et al.,[1] | Case No. 10-12795 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 12, 51 |

### NOTICE OF FILING OF PROPOSED FINAL ORDER (I) AUTHORIZING (A) SECURED POSTPETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364; (B) USE OF CASH COLLATERAL PURSUANT TO | 11 U.S.C. § 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364 AND (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)

**PLEASE TAKE NOTICE** that on September 6, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Motion for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* (the "**DIP Motion**") (Docket No. 12).

**PLEASE TAKE FURTHER NOTICE** that on September 8, 2010, the Court entered the *Interim Order (I) Authorizing (A) Secured Postpetition Financing On A Super Priority Basis Pursuant To 11 U.S.C. § 364,(B) Use Of Cash Collateral Pursuant To 11 U.S.C. § 363 And (C) Grant Of Adequate Protection Pursuant To 11 U.S.C. §§ 363 And 364 And (II) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001(c)* (the "**Interim DIP Order**") (Docket No. 51).

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Schutt Holdings, Inc. (0276), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed form of final order approving the DIP Motion, along with exhibits thereto (the "**Proposed Final Order**"). The Proposed Final Order includes certain modifications from the form of the Interim DIP Order entered by the Court, which modifications are set forth in the blackline attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** the Debtors intend to present a form of order substantially in the form of the attached Proposed Final Order at the scheduled September 22, 2010 hearing.

Dated: Wilmington, Delaware
September 20, 2010

GREENBERG TRAURIG, LLP

Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
  selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
  petermann@gtlaw.com

Proposed Counsel for the Debtors
and Debtors-in-Possession