# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SCHUTT SPORTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-12795 (KJC)<br><br>(Jointly Administered)<br><br>**Related to D.I. No. 104** |
| In re:<br><br>SCHUTT HOLDINGS, INC.,[2]<br><br>Debtor. | Chapter 11<br><br>Case No. 10-12886 (KJC)<br><br>(Joint Administration Requested)<br><br>**Related to D.I. No. 6** |
| SCHUTT SPORTS, INC.,<br><br>Plaintiff.<br><br>v.<br><br>RIDDELL, INC.,<br><br>Defendant. | Adv. Proc. No. 10-52995 (KJC)<br><br><br><br>**Related to D.I. No. 13** |

## *AMENDED* NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR SEPTEMBER 22, 2010 AT 10:00 A.M.[3]
### Location: 5th Floor, Courtroom No. 5

### RESOLVED AND/OR UNCONTESTED MATTERS GOING FORWARD:

1. Debtor Schutt Holdings, Inc.'s Motion for Order Approving Joint Administration of Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Applying Prior Orders to the Debtor's Case [Case No. 10-12886, Docket No. 4; Case No. 10-12795, Docket No. 87, Filed September 15, 2010]

   Objection Deadline:   At the hearing.

   Related Documents:   None.

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

[2] The last four digits of the Additional Debtor's tax identification number is 0276. The Additional Debtor's address is 710 South Industrial Drive, Litchfield, IL 62056.

[3] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Response(s) Received: None at this time.

Status: This matter is going forward.

2. Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 6, Filed September 6, 2010]

    Objection Deadline: September 15, 2010 at 4:00 p.m. (with regards to final relief) Extended for Metropolitan Edison Co. to September 17, 2010 at 4:00 p.m. and to the Committee to September 21, 2010 at 9:00 a.m.

    Related Documents:

    A. Bridge Order Under Section 366 of the Bankruptcy Code (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 54, Filed September 8, 2010]

    B. Notice of Entry of Bridge Order and Final Hearing on Motion of the Debtors for Entry of Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 66, Filed September 9, 2010]

    Response(s) Received: None at this time.

    Status: This matter is going forward with respect to the final relief requested in the Motion. The Debtors intend to submit a revised proposed order to address the informal demand of Metropolitan Edison Co.

3. Application for an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code Authorizing Retention and Employment Oppenheimer & Co. Inc. as Financial Advisor and Investment Banker to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 71, Filed September 9, 2010]

    Objection Deadline: September 16, 2010 at 4:00 p.m. Extended to the Committee to September 21, 2010 at 9:00 a.m.

Related Documents: None.

Response(s) Received: None at this time.

Status: This matter is going forward. The Debtors intend to submit a revised proposed form of order which addresses the informal comments of the Office of the United States Trustee and the Official Committee of Unsecured Creditors (the "Committee").

4. Motion to Authorize (I) the Debtors to Pay Prepetition Claims of Critical Vendors and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 68, Filed September 9, 2010]

   Objection Deadline: September 16, 2010 at 4:00 p.m. Extended for Unique Personnel Staffing to September 17, 2010 at 4:00 p.m. and for the Committee to September 21, 2010 at 9:00 a.m.

   Related Documents: None.

   Response(s) Received: None at this time.

   Status: This matter is going forward. **The Debtors intend to submit a revised form of order to address concerns raised by the Committee.**

5. Motion to Approve Motion for Entry of an Order (A) Establishing Procedures for Resolving Reclamation Demands and (B) Granting Certain Related Relief [Docket No. 69, Filed September 9, 2010]

   Objection Deadline: September 16, 2010 at 4:00 p.m.
   Extended for the Committee to September 21, 2010 at 9:00 a.m.

   Related Documents: None.

   Response(s) Received:

   > **A. Certification of No Objection [Docket No. 121; Filed September 21, 2010]**

   Status: This matter is going forward. **The Debtors have filed a Certification of No Objection and would respectfully request that the Court enter the proposed order filed with Motion.**

6. Application for an Order Authorizing Retention and Employment Greenberg Traurig, LLP as Counsel to the Debtors, *Nunc Pro Tunc* as of the Petition Date [Docket No. 70, Filed September 9, 2010]

   Objection Deadline: September 16, 2010 at 4:00 p.m.
   Extended for the Committee to September 21, 2010 at 9:00 a.m.

   Related Documents: None.

Response(s) Received:

   A.  Certification of No Objection [Docket No. 120; Filed September 21, 2010]

Status: This matter is going forward. **The Debtors have filed a Certification of No Objection and would respectfully request that the Court enter the proposed order filed with Application.**

7. Application for Order Authorizing Retention and Employment of Certain Professionals as Utilized by the Debtors in the Ordinary Course of Business [Docket No. 72, Filed September 9, 2010]

   Objection Deadline: September 16, 2010 at 4:00 p.m.
   Extended for the Committee to September 21, 2010 at 9:00 a.m.

   Related Documents: None.

   Response(s) Received:

   A.  Certification of No Objection [Docket No. 122; Filed September 21, 2010]

   Status: This matter is going forward. **The Debtors have filed a Certification of No Objection and would respectfully request that the Court enter the proposed order filed with Application.**

8. Motion for Entry of an Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Reimbursement of Expenses of Committee Members [Docket No. 73, Filed September 9, 2010]

   Objection Deadline: September 16, 2010 at 4:00 p.m.
   Extended for the Committee to September 21, 2010 at 9:00 a.m.

   Related Documents: None.

   Response(s) Received:

   A.  Certification of No Objection [Docket No. 123; Filed September 21, 2010]

   Status: This matter is going forward. **The Debtors have filed a Certification of No Objection and would respectfully request that the Court enter the proposed order filed with Motion.**

## CONTESTED MATTER GOING FORWARD:

9. Riddell, Inc.'s Motion for Relief From Stay [Docket No. 85, Filed September 14, 2010]

   Objection Deadline: September 20, 2010 at 4:30 p.m.

   Related Documents: None.

   **Response(s) Received:**

   > **A. Objection of Schutt Sports, Inc. to Riddell, Inc.'s Motion for Relief from Stay [Docket No. 117, Filed September 20, 2010]**
   >
   > **B. Declaration of Rollen Jones in Opposition to Riddell, Inc.'s Motion for Stay Relief [Docket No. 118, Filed September 20, 2010]**

   Status: This matter is going forward. The Debtors expect to file a response prior to the Objection Deadline.

10. Motion of Debtors and Debtors in Possession for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C) [Docket No. 12, Filed September 6, 2010]

    Objection Deadline: September 15, 2010 at 12:00 p.m. (with regards to final relief)
    Extended for Windjammer to September 16, 2010 at 12:00 p.m.
    Extended for Committee to September 21, 2010 at 9:00 a.m.

    Related Documents:

    > A. Interim Order (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C) [Docket No. 51, Filed September 8, 2010]
    >
    > B. Notice of Filing of Exhibit C to Motion of Debtors and Debtors in Possession for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing

Pursuant to Bankruptcy Rule 4001(C) [Docket No. 29, Filed September 8, 2010]

C. Notice of Entry of Interim Order and Final Hearing on Motion of Debtors and Debtors in Possession for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C) [Docket No. 67, Filed September 9, 2010]

D. **Notice of Filing of Proposed Final Order (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364; (B) Use of Cash Collateral Pursuant to 11 U.S.C. Sections 363 and 364 and (II Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 116, Filed September 20, 2010]**

Response(s) Received:

A. Limited Objection of Windjammer Mezzanine & Equity Fund II, L.P. to the Debtors' DIP Motion [Docket No. 90, Filed September 16, 2010]

B. **Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Superpriority Basis Pursuant to 11 U.S.C. § 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (C)Granting of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C) [Docket No. 111, Filed September 20, 2010]**

C. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Superpriority Basis Pursuant to 11 U.S.C. § 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (C)Granting of Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy

Status: This matter will be going forward with respect to the final relief requested in the Motion.

**ADVERSARY MATTER:**

11. Schutt Sports, Inc.'s/Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief Filed by Schutt Sports, Inc. [Adv. Proc. No. 10-52995, Docket No. 3, Filed September 6, 2010]

    Objection Deadline: September 20, 2010 at 4:00 p.m.

    Related Documents:

    A.  Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief [Docket No. 4, Filed September 6, 2010]

    B.  Declaration of Rollen Jones in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief [Docket No. 5, Filed September 6, 2010]

    C.  Declaration of Robert Erb in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief [Docket No. 7, Filed September 7, 2010]

    D.  Certification of Counsel Regarding Proposed Agreed Order on Plaintiff's Motion for Injunctive Relief [Docket No. 12, Filed September 17, 2010]

    Response(s) Received:

    A.  Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Filed by Riddell, Inc. [Docket No. 8, Filed September 8, 2010]

    Status: This matter will be going forward.

Dated: Wilmington, Delaware
September 21 2010

GREENBERG TRAURIG, LLP

*/s/ Sandra G. M. Selzer*

Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
        selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
        petermann@gtlaw.com

Proposed Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile
Top 40 Creditors
Mark Kenney, Esq. (Office of the US Trustee)
Ellen Slights, Esq. (US Attorney's Office)
Securities & Exchange Commission
Internal Revenue Service
Affected Banks
Affected Utility Companies
J. Douglas Bacon (Counsel to Bank of America)
Stuart Brown/Craig Martin (Counsel to Bank of America)
Christopher Aidun (Counsel to Gordian Shareholders)
Timothy Clark (Gridron)
Costa Littas (Counsel to Windjammer)
Daniel Zazove (Counsel to Riddell)