# SIGN-IN-SHEET

CASE NAME: Schutt Sports, Inc.
CASE NO. 10-12795-KJC

COURTROOM LOCATION: 5
DATE: September 22, 2010

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Sandra Selzer | Greenberg Traurig | Debtors |
| Nancy Peterman | " | " |
| Sohyoung Choo | " | " |
| Frank Gierla | " | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Riddell |
| Daniel Zazove | Perkins Coie | Riddell |
| Jeffrey Prol | Lowenstein Sandler | Committee |
| Stuart Brown / Michelle Marino | Edwards Angell Palmer & Dodge | Bank of America |
| Doug Bacon | Latham & Watkins | " |
| Mike Warnecke | Perkins Coie | RIDDELL |
| John Ventola | Choate Hall + Stewart | Windjammer |
| Dan DeFranceschi | Richards Layton + Finger | " |
| Steven Kortanek | Womble Carlyle | Committee |
| James Lennon | " | " |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

*1st Revision 09/21/2010 02:32 PM*

Calendar Date: 09/22/2010
Calendar Time: 10:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Schutt Sports, Inc. | 10-12795 | Hearing | 3756718 | Henry Baer | (203) 325-5083 | Finn Dixon Herling LLP | Creditor, Gridiron Capital Partners LLC / LISTEN ONLY |
| | | Schutt Sports, Inc. | 10-12795 | Hearing | 3757730 | David L Herman | 212-486-3600 | Gordian Group LLP | Real Party in Interest, David L Herman / LISTEN ONLY |
| | | Schutt Sports, Inc. | 10-12795 | Hearing | 3757673 | William A. Streff | 312-862-2126 | Kirkland & Ellis, LLP | Debtor, Schutt Sports / LIVE |