# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | Schutt Sports, Inc. | | |
| **Case Number:** | 10-12795-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 22, 2010 10:00 AM CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

## *Matters:*

1) Second Day Hearing (Time Changed by Court from 11:30 a.m. to 10 a.m.)
   **R / M #:** 0 / 0

2) DIP
   **R / M #:** 0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Second Amended Agenda Item
#1 through 4 - Orders Signed
#5 and 6 - Orders Entered
#7 - Order Signed
#8 - Order Entered
#9 - Adjourned to 9/30/10
#10 - Order Due
#11 - Adjourned to 9/30/10