# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCHUTT SPORTS, INC., *et al.*,[1] | Case No. 10-12795 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related Docket Nos. 12, 51** |

## CERTIFICATION OF COUNSEL REGARDING FINAL ORDER AUTHORIZING (A) SECURED POSTPETITION FINANCING ON A SUPER PRIORITY BASIS PURSUANT TO 11 U.S.C. § 364, (B) USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (C) GRANT OF ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies that:

1.        On September 6, 2010, the Debtors filed the *Motion for Interim and Final Orders (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* (the DIP Motion") [Docket No. 12] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.        On September 8, 2010, the Court entered the *Interim Order (I) Authorizing (A) Secured Postpetition Financing on a Super Priority Basis Pursuant to 11 U.S.C. Section 364, (B) Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and (C) Grant of Adequate Protection Pursuant to 11 U.S.C. Sections 363 and 364, and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* [Docket No. 51].

3.        On September 22, 2010, the Court held a hearing ("Hearing") on final approval of the DIP Motion.

4.        Counsel to the Debtors, the United States Trustee, counsel to the Official Committee of Unsecured Creditors, counsel to Windjammer Mezzanine & Equity Fund II, L.P.,

---

[1]        The Debtors, along with the last four digits of each Debtor's tax identification number, are:  Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

and counsel to Bank of America, N.A., as agent and first-lien lender have agreed on a proposed form of order consistent with the statements of the Court and counsel at the Hearing (the "Proposed Order"), attached hereto as *Exhibit 1*, granting final approval on the Motion.

5.     Attached hereto as *Exhibit 2* is a blackline comparison of the Proposed Order against the proposed form of order filed with the Court on September 20, 2010 [Docket No. 116].

6.     The parties respectfully request entry of the Proposed Order at the Court's convenience.

7.     Counsel is available should the Court have any questions or concerns regarding the foregoing.

Dated: September 27, 2010

GREENBERG TRAURIG, LLP

Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
        selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
        petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession