# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| SCHUTT SPORTS, INC., *et al.*,[1] | Case No. 10-12795 (KJC) |
| Debtors. | (Jointly Administered) |
| SCHUTT SPORTS, INC., | |
| Plaintiff. | Adv. Proc. No. 10-52995 (KJC) |
| v. | |
| RIDDELL, INC., | |
| Defendant. | |

## NOTICE OF AGENDA FOR HEARING ON
## MATTERS SCHEDULED FOR SEPTEMBER 30, 2010 AT 11:30 A.M.[2]
### Location: 5th Floor, Courtroom No. 5

## RESOLVED MATTER:

1. Schutt Sports, Inc.'s/Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief Filed by Schutt Sports, Inc. [Adv. Proc. No. 10-52995, Docket No. 3, Filed September 6, 2010]

    Objection Deadline: September 20, 2010 at 4:00 p.m.

    Related Documents:

    A. Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief [Adv. Proc. No. 10-52995, Docket No. 4, Filed September 6, 2010]

    B. Declaration of Rollen Jones in Support of Motion for Temporary Restraining Order and Preliminary Injunctive

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Schutt Holdings, Inc. (0276), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

    Relief [Adv. Proc. No. 10-52995, Docket No. 5, Filed September 6, 2010]

  C. Declaration of Robert Erb in Support of Motion for Temporary Restraining Order and Preliminary Injunctive Relief [Adv. Proc. No. 10-52995, Docket No. 7, Filed September 7, 2010]

  D. Agreed Order on Plaintiff's Motion for Injunctive Relief [Adv. Proc. No. 10-52995, Docket No. 14, Filed September 20, 2010]

Response(s) Received:

  A. Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction Filed by Riddell, Inc. [Adv. Proc. No. 10-52995, Docket No. 8, Filed September 8, 2010]

Status: This matter has been ruled upon by the Court. An order resolving the Motion will be submitted to the Court for consideration.

## CONTESTED MATTER GOING FORWARD:

2. Riddell, Inc.'s Motion for Relief From Stay [Case No. 10-12795, Docket No. 85, Filed September 14, 2010]

  Objection Deadline: September 20, 2010 at 4:30 p.m.

  Related Documents: None.

  Response(s) Received:

    A. Objection of Schutt Sports, Inc. to Riddell, Inc.'s Motion for Relief from Stay [Case No. 10-12795, Docket No. 117, Filed September 20, 2010]

    B. Declaration of Rollen Jones in Opposition to Riddell, Inc.'s Motion for Stay Relief [Case No. 10-12795, Docket No. 118, Filed September 20, 2010]

    C. Preliminary Objection of Official Committee of Unsecured Creditors to Riddell, Inc.'s Motion for Relief from Stay [Case No. 10-12795, Docket No. 126, Filed September 21, 2010]

Status: The parties are continuing to negotiate a form of order to resolve this matter. If no resolution is reached by the Hearing, this matter will be going forward.

Dated: Wilmington, Delaware
September 28, 2010

GREENBERG TRAURIG, LLP

*Victoria W. Counihan*
Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
      selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
      petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile
Mark Kenney, Esq. (Office of the US Trustee)
Ellen Slights, Esq. (US Attorney's Office)
Securities & Exchange Commission
Internal Revenue Service
J. Douglas Bacon (Counsel to Bank of America)
Stuart Brown/Craig Martin (Counsel to Bank of America)
Christopher Aidun (Counsel to Gordian Shareholders)
Timothy Clark (Gridron)
Costa Littas (Counsel to Windjammer)
Daniel Zazove (Counsel to Riddell)
Ken Rosen/Vincent D'Agostino/Jeff Prol/Cassandra Porter (Committee counsel)
Steven Kortanek/James Lennon (Committee Counsel)