# EXHIBIT A

Initial Approved Budget

Exhibit A - version 2

($US in thousands)

| | Estimate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 1-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-Sep | 10-Sep | 17-Sep | 24-Sep | 1-Oct | 8-Oct | 15-Oct | 22-Oct | 29-Oct | 5-Nov | 12-Nov | Total |
| Sales | 419 | 460 | 609 | 758 | 720 | 978 | 900 | 1,428 | 1,194 | 287 | 287 | 7,622 |
| Cash receipts | 1,236 | 1,401 | 1,456 | 1,938 | 3,934 | 3,376 | 3,141 | 2,871 | 2,133 | 1,912 | 1,916 | 24,080 |
| Operating disbursements | | | | | | | | | | | | |
| Material & freight | 511 | 389 | 395 | 401 | 394 | 315 | 334 | 353 | 408 | 387 | 255 | 3,632 |
| Payroll & payroll related | 83 | 604 | 45 | 596 | 372 | 593 | 88 | 628 | 275 | 571 | 42 | 3,814 |
| General admin | 129 | 232 | 198 | 222 | 231 | 41 | 155 | 160 | 268 | 129 | 132 | 1,769 |
| Term loan repayment | 119 | - | - | - | 119 | - | - | - | - | 119 | - | 238 |
| Interest | 223 | - | - | - | 223 | - | - | - | 189 | - | - | 412 |
| Capital expenditures | 32 | 57 | 57 | 57 | 57 | 7 | 7 | 7 | 7 | 7 | 7 | 270 |
| Total operating disbursements | 1,097 | 1,282 | 696 | 1,277 | 1,396 | 956 | 584 | 1,148 | 1,146 | 1,213 | 436 | 10,134 |
| Bankruptcy disbursements | | | | | | | | | | | | |
| Critical vendor payments / 503(b)(9) claims | - | - | - | - | - | - | - | 100 | - | - | - | 1,000 |
| Bankruptcy professional fees - debtor | 129 | 177 | 200 | 200 | 200 | 150 | 150 | 102 | 102 | 102 | 102 | 1,174 |
| Bankruptcy professional fees - secured lender | - | 20 | 102 | 102 | 102 | 102 | 177 | 102 | 20 | 20 | 20 | 200 |
| Bankruptcy professional fees - UCC | - | - | 20 | 20 | 20 | 20 | 20 | 20 | 40 | 40 | 40 | 340 |
| US trustee fees | - | - | 20 | 40 | 40 | 40 | 40 | 40 | 40 | - | - | 30 |
| Claims agent | - | - | - | 15 | - | - | - | - | 15 | - | - | 75 |
| DIP Facility Fees | - | 363 | - | - | - | 75 | - | - | - | - | - | 383 |
| Utility deposits | 25 | - | - | - | 10 | - | - | - | - | 10 | - | - |
| Total bankruptcy disbursements | 154 | 560 | 342 | 377 | 372 | 387 | 387 | 262 | 177 | 172 | 162 | 3,202 |
| Total disbursements | 1,250 | 1,842 | 1,038 | 1,654 | 1,769 | 1,343 | 972 | 1,411 | 1,324 | 1,385 | 598 | 13,336 |
| Net cash flow | (14) | (441) | 418 | 284 | 2,165 | 2,033 | 2,169 | 1,460 | 809 | 527 | 1,318 | 10,744 |
| Cumulative net cash flow | | (441) | (22) | 262 | 2,427 | 4,460 | 6,629 | 8,090 | 8,899 | 9,426 | 10,744 | |

# Exhibit A - version 2

($US in thousands)

| | Estimate | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 1-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-Sep | 10-Sep | 17-Sep | 24-Sep | 1-Oct | 8-Oct | 15-Oct | 22-Oct | 29-Oct | 5-Nov | 12-Nov | Total |
| **AR rollforward** | | | | | | | | | | | | |
| Beginning balance | 37,738 | 36,921 | 35,980 | 35,133 | 33,953 | 30,739 | 28,340 | 26,099 | 24,656 | 23,717 | 22,092 | 36,921 |
| Plus: sales | 419 | 460 | 609 | 758 | 720 | 978 | 900 | 1,428 | 1,194 | 287 | 287 | 7,622 |
| Less: receipts | (1,236) | (1,401) | (1,456) | (1,938) | (3,934) | (3,376) | (3,141) | (2,871) | (2,133) | (1,912) | (1,916) | (24,080) |
| Ending accounts receivable | 36,921 | 35,980 | 35,133 | 33,953 | 30,739 | 28,340 | 26,099 | 24,656 | 23,717 | 22,092 | 20,463 | 20,463 |
| **AR availability summary** | | | | | | | | | | | | |
| AR balance | 36,921 | 35,980 | 35,133 | 33,953 | 30,739 | 28,340 | 26,099 | 24,656 | 23,717 | 22,092 | 20,463 | |
| Less: ineligibles | (2,542) | (2,542) | (2,542) | (2,542) | (2,542) | (2,542) | (2,542) | (2,822) | (2,822) | (2,822) | (2,822) | |
| Eligible AR | 34,379 | 33,438 | 32,591 | 31,411 | 28,197 | 25,798 | 23,557 | 21,834 | 20,895 | 19,270 | 17,641 | |
| Eligible AR @85% | 29,222 | 28,422 | 27,702 | 26,699 | 23,967 | 21,929 | 20,024 | 18,559 | 17,761 | 16,380 | 14,995 | |
| Less: reserve | (765) | (765) | (765) | (765) | (765) | (765) | (765) | (765) | (765) | (765) | (765) | |
| AR availability | 28,457 | 27,657 | 26,937 | 25,934 | 23,202 | 21,164 | 19,259 | 17,794 | 16,996 | 15,615 | 14,230 | |
| **Inventory availability summary** | | | | | | | | | | | | |
| Inventory balance | 9,910 | 10,060 | 10,139 | 10,147 | 10,173 | 9,991 | 9,877 | 9,509 | 9,346 | 9,591 | 9,704 | |
| Less: ineligibles | (3,627) | (3,682) | (3,711) | (3,714) | (3,723) | (3,656) | (3,615) | (3,480) | (3,420) | (3,510) | (3,551) | |
| Eligible inventory | 6,283 | 6,378 | 6,428 | 6,434 | 6,450 | 6,334 | 6,262 | 6,029 | 5,925 | 6,081 | 6,153 | |
| Eligible inventory @65% | 4,084 | 4,146 | 4,178 | 4,182 | 4,192 | 4,117 | 4,071 | 3,919 | 3,852 | 3,953 | 3,999 | |
| Inventory availability | 4,084 | 4,146 | 4,178 | 4,182 | 4,192 | 4,117 | 4,071 | 3,919 | 3,852 | 3,953 | 3,999 | |
| Liquidity block | | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | |
| **Total borrowing base collateral** | 32,541 | 31,553 | 30,865 | 29,866 | 27,145 | 25,031 | 23,079 | 21,462 | 20,597 | 19,317 | 17,979 | |
| Total revolver plus DIP | 32,443 | 32,884 | 32,466 | 32,182 | 30,016 | 27,983 | 25,814 | 24,354 | 23,545 | 23,018 | 21,700 | |
| Total collateral availability | 32,541 | 31,553 | 30,865 | 29,866 | 27,145 | 25,031 | 23,079 | 21,462 | 20,597 | 19,317 | 17,979 | |
| Over advance | 98 | (1,331) | (1,600) | (2,316) | (2,871) | (2,952) | (2,735) | (2,891) | (2,947) | (3,700) | (3,720) | |
| Max allowed over advance | | (1,500) | (1,800) | (2,520) | (3,240) | (3,260) | (3,280) | (3,300) | (3,320) | (3,700) | (3,720) | |

**Memo:**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prepetition revolver summary** | | | | | | | | | | | | |
| Beginning balance | 32,429 | 32,443 | 32,884 | 32,466 | - | - | - | - | - | - | - | |
| Borrowings | 1,250 | 1,842 | 1,038 | 1,654 | - | - | - | - | - | - | - | |
| Receipts | (1,236) | (1,401) | (1,456) | (1,938) | - | - | - | - | - | - | - | |
| Rollover to DIP | | | | (32,182) | | | | | | | | |
| Ending balance | 32,443 | 32,884 | 32,466 | - | - | - | - | - | - | - | - | |
| **DIP loan summary** | | | | | | | | | | | | |
| Beginning balance | | | | | 32,182 | 30,016 | 27,983 | 25,814 | 24,354 | 23,545 | 23,018 | |
| Borrowings | | | | | 1,769 | 1,343 | 972 | 1,411 | 1,324 | 1,385 | 598 | |
| Receipts | | | | | (3,934) | (3,376) | (3,141) | (2,871) | (2,133) | (1,912) | (1,916) | |
| Rollover from prepetition | | | | 32,182 | | | | | | | | |
| Ending balance | | | | 32,182 | 30,016 | 27,983 | 25,814 | 24,354 | 23,545 | 23,018 | 21,700 | |
| Total revolver plus DIP | 32,443 | 32,884 | 32,466 | 32,182 | 30,016 | 27,983 | 25,814 | 24,354 | 23,545 | 23,018 | 21,700 | |