# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SCHUTT SPORTS, INC., *et al.*,[1] | Case No. 10-12795 (KJC) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. 331, 348, 350 |

**CERTIFICATION OF COUNSEL REGARDING [PROPOSED] ORDER (A) APPROVING BID PROCEDURES RELATING TO SALE OF THE DEBTORS' ASSETS; (B) APPROVING BID PROTECTIONS; (C) SCHEDULING A HEARING TO CONSIDER THE SALE; (D) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; (E) ESTABLISHING PROCEDURES FOR NOTICING AND DETERMINING CURE AMOUNTS; AND (F) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certifies that:

1. On November 22, 2010, the Debtors filed the *Motion to Approve Sale for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* (the "**Motion**") [Docket No. 331] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors, along with the last four digits of each Debtor's tax identification number, are: Mountain View Investment Company of Illinois (3563), Schutt Sports, Inc. (0521), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

2.      On November 28, 2010, the Official Committee of Unsecured Creditors (the "**Committee**") filed an objection to the Motion [Docket No. 348] (the "**Committee Objection**") and Riddell, Inc. filed a limited objection to the Motion [Docket No. 350] (the "**Riddell Objection**").

3.      On November 29, 2010, the Court held a hearing ("**Hearing**") on approval of the Motion as it relates to (i) approving bid procedures relating to sale of the debtors' assets; (ii) approving bid protections; (iii) scheduling a hearing to consider the sale; (iv) approving the form and manner of notice of sale by auction; (v) establishing procedures for noticing and determining cure amounts; and (vi) granting related relief.

4.      In addition to the Committee Objection and Riddell Objection, the Office of the United States Trustee (the "**UST**") and counsel to Bank of America, N.A., as agent and first-lien lender (the "**Secured Lender**") each raised speaking objections at the Hearing.

5.      Counsel to the Debtors, the UST, counsel to the Committee, counsel to the Secured Lender, counsel to Riddell and counsel to the Stalking Horse Bidder have agreed on a proposed form of order consistent with the statements of the Court and counsel at the Hearing (the "**Proposed Order**") granting the Motion. A copy of the Proposed Order is attached hereto as **Exhibit 1**.

6.      Pursuant to the Proposed Order paragraph 19, the Debtors request that "[o]bjections (the **"Contract Objections"**) to (i) the proposed Cure Amounts and (ii) the proposed assumption and assignment of agreements (the "**Assigned Contracts**"), including, but not limited to, objections related to adequate assurance of future performance, must be in writing and filed with this Court and served upon the Notice Parties so as to be received by such Notice Parties on or before December 14, 2010 at 12:00 p.m. (Prevailing Eastern Time) (the **"Contract**

**Objection Deadline**"); provided, however, in the event the Auction results in a Successful Bidder other than the Stalking Horse Bidder, the deadline to object to the assignment of executory contracts and unexpired leases to such Successful Bidder shall be at the commencement of the Sale Hearing (the "**Amended Contract Objection Deadline**")." With respect to all Contract Objections, the Debtors request a hearing date of December 22, 2010 or such time as may be convenient during the week of December 20th (the "**Contract Objection Hearing**").

7. Attached hereto as **Exhibit 2** is a blackline comparison of the Proposed Order against the proposed form of order filed with the Court on November 22, 2010 [Docket No. 331].

8. The parties respectfully request entry of the Proposed Order at the Court's convenience.

9. Counsel is available should the Court have any questions or concerns regarding the foregoing.

Dated: November 30, 2010          GREENBERG TRAURIG, LLP

/s/ Sandra G. M. Selzer
Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
    selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
       petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession