```
1                    - - -                        06:00:22
2         (Mr. Kotzubei, Mr. Louie, and           06:15:26
3    Mr. Fries are not present in the hearing
4    room at this time.)
5                    - - -                        06:15:45
6         MR. STARK:  Let's go back on the        06:15:48
7    record.
8         All right.  I believe when we left      06:16:10
9    the record, we had before us a bid from
10   Rawlings, but I understand that Rawlings
11   is interested in modifying that bid.
12        MR. HOLLANDER:  Correct.                06:16:27
13        MR. STARK:  So would you please tell    06:16:28
14   us the extent of the modification of that
15   bid?
16        MR. HOLLANDER:  Okay.  One second,      06:16:32
17   please.
18        MR. STARK:  Sure.                       06:16:38
19        MR. HOLLANDER:  Okay.  Sorry about      06:16:43
20   the delay.
21        We're going to increase our deposit     06:17:09
22   we've made already.  We've already made a
23   $2.5 million deposit.  We will be
24   increasing that by another $5 million
```

1   today as soon as the sale order is
2   approved.
3       We would also, in conjunction with      06:17:35
4   that, revise the APA to eliminate the
5   conditions to closing.  We would close on
6   the 24th of December.  At that point we
7   would close or we would obviously lose
8   the deposit of $7.5 million.
9       We also, since in our view at this      06:18:02
10  point we're equalizing bids, would reduce
11  the purchase price that we have, our cash
12  purchase price, by $900,000, leaving us
13  $1 million over, in our view, in cash the
14  other bid.
15      That's our bid.  So our bid in          06:18:34
16  dollars cash would be 35.1.
17      Which bucket does the $900,000 come     06:18:58
18  off of?  It would come off of the last
19  we've made, which I believe was to the
20  estate if they need it and, if not, to
21  the trade creditors.
22      MS. PETERMAN:  So you're reducing by    06:19:18
23  900?
24      MR. HOLLANDER:  Correct.                06:19:23

| | | |
|---|---|---|
| 1 | MS. PETERMAN: I thought your last | 06:19:24 |
| 2 | bid was a net 35. | |
| 3 | MR. KOLODNEY: The last bid was 36. | 06:19:29 |
| 4 | MS. PETERMAN: Oh, it was 36 and not | 06:19:30 |
| 5 | 35, okay. | |
| 6 | MR. HOLLANDER: Yes. We haven't | 06:19:39 |
| 7 | seen one of the sheets in a while, but | |
| 8 | our math was $1 million over from the | |
| 9 | estate's perspective. | |
| 10 | MS. PETERMAN: On the dollars, okay. | 06:19:46 |
| 11 | MR. STARK: I had in my notes that | 06:19:56 |
| 12 | your last bid was 35 million net. | |
| 13 | MR. HOLLANDER: That's correct. | 06:20:06 |
| 14 | MR. KOLODNEY: But this bid is 35.1. | 06:20:07 |
| 15 | MR. HOLLANDER: No; 34.1. | 06:20:10 |
| 16 | MR. STARK: So it's 34.1? | 06:20:14 |
| 17 | MR. HOLLANDER: Right. | 06:20:19 |
| 18 | MR. STARK: All right. Are there | 06:20:33 |
| 19 | any other conditions? Anything else? | |
| 20 | - - - | 06:20:40 |
| 21 | (No response.) | 06:20:40 |
| 22 | - - - | 06:20:41 |
| 23 | MR. STARK: I just want to give | 06:20:46 |
| 24 | Kranose the opportunity to either ask a | |

1   question or respond.

2       MR. FREEDLANDER: Just so that I   06:20:55

3   understand and I'm clear, your net

4   calculation now is 34.1 million; correct?

5       And the Debtor agrees with that     06:21:05

6   calculation?

7       MS. PETERMAN: Well, on the dollars.  06:21:09

8       MR. FREEDLANDER: All I'm asking    06:21:12

9   about is whether you agree with the

10  dollars.

11      MS. PETERMAN: Yes.                06:21:15

12      MR. FREEDLANDER: Thank you.        06:21:18

13      MR. STARK: Okay.                  06:21:18

14      MS. PETERMAN: Do you want to take a  06:21:21

15  minute?

16      MR. STARK: Yes, we'll take a      06:21:22

17  minute. Just stay here. We promise we

18  won't be long.

19      We'll go off the record.           06:21:29

20                  - - -                      06:21:30

21    (Whereupon there was a recess in the  06:21:30

22  proceedings.)

23                  - - -                      06:21:31

24      MR. STARK: All right. I think     06:29:47

```
                                              Page 117
```

1   we're ready to go back on the record.
2       All right. It's 6:30 in the                06:30:05
3   morning. We've been at this since
4   10 o'clock yesterday morning. By my
5   count we've had 31 bids in this auction
6   and the final two bidders have put their
7   best bids on the table.
8       I'm going to read into the record        06:30:31
9   our understanding of their best bids and
10  if for some reason I have
11  mischaracterized either of the bids, I
12  would hope that the two respective
13  bidders would point that out.
14      First of all, net cash                   06:30:48
15  consideration, Kranose is offering
16  $33.1 million net; Rawlings is offering
17  $34.1 million net.
18      Second, deposit, Kranose is offering     06:31:03
19  or has already made a $2.5 million
20  deposit and Rawlings is offering to
21  increase their deposit to $7.5 million.
22      Third is closing date. Kranose has       06:31:22
23  indicated that they are willing to close
24  as early as today, which is December 15.

```
 1    Rawlings has indicated they are willing
 2    to close as early as December 24.
 3        The fourth category is closing              06:31:38
 4    conditions.  Kranose has indicated that
 5    there are no conditions prior to closing
 6    other than the approval of the sale order
 7    and Rawlings has indicated that there
 8    would similarly be no conditions prior to
 9    closing other than the sale order.
10        The fifth category, treatment of            06:31:58
11    employees, Kranose has indicated that
12    with respect to the employees in the
13    Illinois facilities, that it would assure
14    employment for a year and that offer of
15    employment is on the same terms and
16    conditions that the employees are
17    currently employed.  With respect to the
18    employees at the Easton facility, they
19    would make a similar offer, only it would
20    be for a period of three months.
21    Rawlings in this category has not made
22    any offer.
23        The sixth category is treatment of          06:32:40
24    the trade.  Kranose has offered to
```

1  continue using the current critical trade
2  vendors in the same commercial manner
3  that they've been utilized historically
4  for a minimum of six months and Rawlings
5  has in this category not made any similar
6  promises.
7      At this point I would ask if I have    06:33:10
8  mischaracterized or omitted any key
9  provisions of either of the two bids.
10     Kranose, I will ask you first.         06:33:22
11     MR. FREEDLANDER: No.                   06:33:24
12     MR. STARK: Thank you.                  06:33:25
13     Rawlings?                              06:33:26
14     MR. HOLLANDER: I don't believe so,     06:33:30
15 no.
16     MR. STARK: Okay.                       06:33:31
17     After considerable deliberation --     06:33:34
18     MR. HOLLANDER: Well, when you say      06:33:38
19 "the bids," that wasn't our final bid. I
20 know you said in the beginning best bid.
21 I'm not necessarily agreeing with that.
22 I'm just agreeing with the terms you just
23 stated.
24     MR. STARK: Well, we had understood     06:33:53

1     that we were going to come in and each

2     party was going to make their best and

3     final offer and now you are saying that

4     that was not your best and final offer?

5         MR. HOLLANDER: In fairness, I    06:34:10

6     thought you talked about that and we

7     specifically said we didn't want to do

8     that. I said maybe in the next round we

9     would seriously consider doing that, but

10    at this time I thought we were very clear

11    that we are not in a position to do that.

12        MR. STARK: Well --    06:34:27

13        MR. HOLLANDER: I will raise the    06:34:28

14    offer if given the opportunity.

15        MR. STARK: I'll listen to what you    06:34:36

16    have to say. I mean, now would be the

17    time to communicate that.

18        MR. KOLODNEY: I think the terms of    06:34:45

19    this part of it are very confusing

20    because the discussion we had had was

21    that the proposal was going to be made

22    for sealed bids, make your best offer,

23    we'll open them up, and we clearly said

24    that was not acceptable to us, that we

1  wanted to go into the bidding, and that's
2  what we were bidding on, based upon that.
3      MR. STARK: All right. So we    06:35:05
4  listened to your bid --
5      MR. HOLLANDER: Right.    06:35:08
6      MR. STARK: -- and now you say that    06:35:09
7  you want to improve your bid.
8      MR. KOLODNEY: No. I'm saying we    06:35:12
9  need clarification from you, are you
10 considering this to have the effect of a
11 sealed bid unsealed, final bid, no
12 improvements, we're going to choose one
13 bid? -- because that was not our
14 understanding of what this was going to
15 be. So we need clarification.
16     MR. STARK: All right. Let me try    06:35:31
17 to describe the situation that the Debtor
18 is faced with.
19     The Debtor is operating under a very    06:35:37
20 strict -- and I don't say that
21 pejoratively -- timeline dictated by the
22 DIP order. The Debtor has a sale hearing
23 scheduled for 3:00 p.m. today before
24 Judge Carey and there is no indication

1   that there is any flexibility with
2   respect to changing that sale hearing or
3   rescheduling it at any time in the future
4   that would allow us to comply with the
5   terms of the DIP order.  So the Debtor
6   views the 3:00 p.m. sale hearing as a
7   very real deadline.
8           Whichever bidder the Debtor chooses          06:36:18
9   as the highest and best bid, it has to
10  complete the necessary documentation to
11  be presented to Judge Carey at the sale
12  hearing and the Debtor views itself to be
13  up against a very real deadline -- in
14  fact, possibly even dangerously close to
15  missing the deadline -- with respect to
16  preparing these documents because the
17  Debtor is going to have to work closely
18  with the winning bidder.
19          So that is the reason that we have          06:36:47
20  to culminate the auction at this point.
21  The auction has been going for close to
22  20 hours and, as I said, we've had better
23  than 30 bids received.
24          MR. HOLLANDER:  I see.                      06:37:04

| | | |
|---|---|---|
| 1 | MR. STARK: So if you have something | 06:37:05 |
| 2 | to offer at this point, we're happy to | |
| 3 | listen to it. But we really don't have | |
| 4 | any more time to spend. | |
| 5 | MR. HOLLANDER: I appreciate that | 06:37:17 |
| 6 | and we will adhere to that right now. | |
| 7 | MR. PROL: Can we just break for two | 06:37:22 |
| 8 | seconds? | |
| 9 | MR. STARK: Sure. Why not? | 06:37:24 |
| 10 | - - - | 06:37:25 |
| 11 | (Whereupon there was a recess in the | 06:37:25 |
| 12 | proceedings.) | |
| 13 | - - - | 06:37:40 |
| 14 | MR. STARK: All right. We're back | 06:44:05 |
| 15 | on the record. | |
| 16 | MR. HOLLANDER: This is Mitch | 06:44:32 |
| 17 | Hollander speaking. | |
| 18 | MR. KOTZUBEI: I'm not interested in | 06:44:34 |
| 19 | Mitch speaking. So, again, I want to be | |
| 20 | very clear on the record, Platinum Equity | |
| 21 | is leaving the building this second and | |
| 22 | you guys make a decision, either our bid | |
| 23 | is accepted or we have lost, and either | |
| 24 | way we need to know right now. So we | |

```
 1    would like you to be the next person to
 2    speak with an answer to that.
 3        MR. HOLLANDER:  I'm sorry.  On the        06:44:55
 4    record, Rawlings is prepared to raise its
 5    bid.
 6        MR. KOTZUBEI:  We are not interested     06:44:59
 7    in hearing what Rawlings has to say so
 8    you don't have to rebid.
 9        MR. HOLLANDER:  It is not your turn      06:45:04
10    to talk.
11        MR. KOTZUBEI:  It's not your turn to     06:45:06
12    talk either.  We have made an ultimatum
13    now to the Debtor to make a decision and
14    we are not interested in hearing what you
15    have to say right now.  You have had
16    three bids in a row.  We don't think
17    that's Bid Procedures.
18        MR. STARK:  Okay.  You gave us a         06:45:18
19    deadline of a minute and I don't want to
20    use up the minute.
21        The Debtor has considered the two        06:45:22
22    bids that were presented by the two
23    bidders and the Debtor has determined
24    that the bid that was submitted by
```

| | | |
|---|---|---|
| 1 | Kranose is the highest and best bid and | |
| 2 | the Debtor considers the auction to be | |
| 3 | closed. | |
| 4 |     MR. KOTZUBEI: Thank you. | 06:45:37 |
| 5 |     MR. HOLLANDER: What happened to our | 06:45:38 |
| 6 | bid of 36 million? | |
| 7 |     MR. STARK: I don't know. | 06:45:41 |
| 8 |     MR. KOTZUBEI: We would now like to | 06:45:44 |
| 9 | get to work right away with you. | |
| 10 |     MS. PETERMAN: For purposes of the | 06:45:47 |
| 11 | record, you never made that bid, and the | |
| 12 | auction is closed and we're done and | |
| 13 | we're off the record. | |
| 14 |     MR. STARK: Thank you. | 06:46:10 |
| 15 |     - - - | 06:46:11 |
| 16 | (Whereupon the auction adjourned at | 06:49:19 |
| 17 | 6:46 a.m.) | |
| 18 |     - - - | |