# **Exhibit B**

**NONE**