DACA 2010L, LP  
1565 Hotel Circle South, Suite 310  
San Diego, CA 92108  
Ph. 619-220-8900/ Fax 619-220-8112

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF DELAWARE

| In re: | ) CHAPTER 11 |
|---|---|
| | ) |
| | ) Case No. 10-12795 (KJC) |
| SSI LIQUIDATING, INC., et al., | ) |
| | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| | ) **OTHER THAN FOR SECURITY AND** |
| Debtors. | ) **WAIVER OF NOTICE** |
| | ) |
| | Bankruptcy Rule 3001(e) (2) |

PLEASE TAKE NOTICE that the ~~filed~~ filed claim of **JOE HOTZE FORD, INC** ("Transferor") against the Debtor in the amount of **$463.69**, (claim No. 93), as listed within the claims recover and all other claims of Transferor have been transferred and assigned other than for security to DACA 2010L, LP ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2)

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than **$463.69** and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to DACA any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor into their name. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**  
**JOE HOTZE FORD, INC**  
**PO BOX 340 SALEM IL 62881**

Print Name Joe Hotze, Title Pres  
Signature [signed] Date 3/8/11  
Updated Address if needed) _____  
Phone 618 548 1711 Fax 618 548 6753 E-Mail Vickie@HotzeFord.com  
Federal Tax Identification / Social Security Number: 37-1064383

**TRANSFEREE:**  
**DACA 2010L, LP**  
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: [signed]  
Andrew Whatnall

Mail Ref# 1-93  
2698563