# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SSI Liquidating, Inc., et al.,[1] | Case No. 10-12795 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing previously scheduled to be held on **March 23, 2011 at 2:00 p.m. has been rescheduled to March 29, 2011 at 10:00 a.m.** before the Honorable Kevin J. Carey, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
March 18, 2011

GREENBERG TRAURIG, LLP

_/s/ Victoria W. Counihan_
Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
          selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
          petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

---

[1] The new name for each of the Debtors, whose name has changed, along with the former name of each such Debtor and the last four digits of each such Debtor's tax identification number, are: SSI Liquidating, Inc. (f/k/a Schutt Sports, Inc.) (0521), and SH Liquidating, Inc. (f/k/a Schutt Holdings, Inc.) (0276). The following Debtors' names remain the same: Mountain View Investment Company of Illinois (3563), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

DEL 86,363,228v1