UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| SSI LIQUIDATING, INC., et al.,[1] | Case No. 10-12795 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA FOR HEARING ON
MATTERS SCHEDULED FOR MARCH 29, 2011 AT 10:00 A.M.[2]
Location of Hearing: Courtroom #5, 5th Floor

# CONTINUED MATTER:

1. Motion for Relief from Stay Filed by Abraham Sanchez, Jr. [Docket No. 673, Filed February 25, 2011]

   Response Deadline: March 11, 2011 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection to Motion of Abraham Sanchez, Jr. for Relief from the Automatic Stay [Docket No. 710, Filed March 11, 2011]

   B. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion of Abraham Sanchez, Jr. for Relief from the Automatic Stay [Docket No. 726, Filed March 14, 2011]

   Related Documents: None.

   Status: This matter is being continued to the next scheduled omnibus hearing date.

---

[1] The new name for each of the Debtors, whose name has changed, along with the former name of each such Debtor and the last four digits of each such Debtor's tax identification number, are: SSI Liquidating, Inc. (f/k/a Schutt Sports, Inc.) (0521), and SH Liquidating, Inc. (f/k/a Schutt Holdings, Inc.) (0276). The following Debtors' names remain the same: Mountain View Investment Company of Illinois (3563), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

[2] Parties can register for telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

**RESOLVED MATTERS:**

2.  *Cure Objections to:* Motion to Approve Sale for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Docket No. 331, Filed November 22, 2010]

    Response(s) Received:

    A.  Objection of Customized Manufacturing Design & Technology Co. Ltd. to Notice of Debtors' Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing Cure Amounts [Docket No. 445, Filed December 17, 2010]

    Related Documents:

    A.  Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Docket No. 438, Filed December 16, 2010]

    B.  Certification of Counsel Regarding Stipulation Between the Debtors and Customized Manufacturing Design & Technology Co., Ltd. d/b/a Denology Design, Technology & Manufacturing Solutions [Docket No. 764, Filed March 24, 2011]

    Status: A certification of counsel with stipulation has been filed submitting a proposed form of order that resolves the Objection filed by Customized Manufacturing Design & Technology Co. Ltd. Counsel respectfully requests entry of the order at the Court's convenience.

3.  Motion for Entry of an Order, Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006, Authorizing Assumption and Assignment of the Easton Lease [Docket No. 696, Filed March 8, 2011]

    Response Deadline: March 16, 2011 at 4:00 p.m.

Responses Received: None.

Related Documents:

    A.    Certification of Counsel [Docket No. 765, Filed March 24, 2011]

Status: A certification of counsel has been filed submitting an agreed proposed form of order that revises the agreement between the Landlord and the Purchaser. Counsel respectfully requests entry of the order at the Court's convenience.

4. Motion to Compel Performance Under Lease of Non-Residential Real Property Filed by Sandra Abeshaus Grantor Retained Annuity Trust, Sandra Abeshaus, Alan Abeshaus [Docket No. 243, Filed October 20, 2010]

Response Deadline: November 5, 2010 at 4:00 p.m.

Responses Received: None at this time.

Related Documents: None.

Status: This Motion is resolved pending the entry of the form of order submitted with respect to Agenda item #2.

## UNCONTESTED MATTERS GOING FORWARD:

5. Motion to File Exhibit Under Seal Filed by Jackie D. Jent, II [Docket No. 705, Filed March 9, 2011]

Response Deadline: March 16, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Limited Objection and Reservation of Rights to (A) Motion of Jackie D. Jent, II for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief, (B) Motion of Jackie D. Jent, II to File Exhibit Under Seal, and (C) Motion of Jackie D. Jent, II to Limit Scope of Notice on (I) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief (Docket No. 703) and (II) Motion to File Exhibit Under Seal (Docket No. 705) [Docket No. 758, Filed March 23, 2011]

    B.    Joinder to the Debtors' Limited Objection and Reservation of Rights to (a) Motion of Jackie D. Jent, II for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief, (b) Motion of Jackie D. Jent, II to File Exhibit Under Seal, and (c) Motion of Jackie D. Jent, II to

<blockquote>
Limit Scope of Notice on (i) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Relief and (ii) Motion to File Exhibit Under Seal Filed by Official Committee of Unsecured Creditors [Docket No. 759, Filed March 23, 2011]
</blockquote>

Related Documents:

    A.    Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief Filed by Jackie D. Jent, II [Docket No. 703, Filed March 9, 2011]

    B.    Motion to Limit Notice on (I) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief and (II) Motion to File Exhibit Under Seal Jackie D. Jent, II [Docket No. 707, Filed March 9, 2011]

<u>Status:</u> This matter is going forward, however, no objection to the relief requested in the Motion has been filed.

6. Motion to Limit Notice on (I) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief and (II) Motion to File Exhibit Under Seal Jackie D. Jent, II [Docket No. 707, Filed March 9, 2011]

Response Deadline: March 16, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Limited Objection and Reservation of Rights to (A) Motion of Jackie D. Jent, II for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief, (B) Motion of Jackie D. Jent, II to File Exhibit Under Seal, and (C) Motion of Jackie D. Jent, II to Limit Scope of Notice on (I) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief (Docket No. 703) and (II) Motion to File Exhibit Under Seal (Docket No. 705) [Docket No. 758, Filed March 23, 2011]

    B.    Joinder to the Debtors' Limited Objection and Reservation of Rights to (a) Motion of Jackie D. Jent, II for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief, (b) Motion of Jackie D. Jent, II to File Exhibit Under Seal, and (c) Motion of Jackie D. Jent, II to Limit Scope of Notice on (i) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Relief and (ii) Motion to File Exhibit Under Seal Filed by Official Committee of Unsecured Creditors [Docket No. 759, Filed March 23, 2011]

Related Documents:

    A.    Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief Filed by Jackie D. Jent, II [Docket No. 703, Filed March 9, 2011]

    B.    Motion to File Exhibit Under Seal Filed by Jackie D. Jent, II [Docket No. 705, Filed March 9, 2011]

Status: This matter is going forward, however, no objection to the relief requested in the Motion has been filed.

## CONTESTED MATTERS GOING FORWARD:

7. Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362(a) Filed by William S. Hunt [Docket No. 408, Filed December 14, 2010]

    Response Deadline:    January 3, 2011 at 4:00 p.m.

    Response(s) Received:

    A.    Debtors' Objection to Motion of William S. Hunt for Relief from the Automatic Stay Under 11 U.S.C. Section 362(a) [Docket No. 488, Filed January 4, 2011]

    Related Documents:  None.

    Status: This matter will go forward. The Debtors and counsel for Hunt are in discussions regarding a Stipulation which will resolve this matter.

8. Motion of Evelyn McGhee, as Mother and Next Friend of her Minor Son Timothy Robinson, for Relief from the Automatic Stay. Filed by Evelyn McGhee [Docket No. 560, Filed January 17, 2011]

    Response Deadline:    February 4, 2011 at 4:00 p.m.

    Responses Received:

    A.    Debtors' Objection to Evelyn McGhee, as Mother and Next Friend of her Minor Son Timothy Robinson, for Relief from the Automatic Stay [Docket No. 612, Filed February 4, 2011]

    Related Documents:  None.

    Status: This matter is being continued to the next scheduled omnibus hearing date.

9.  Motion for Entry of Order, Pursuant to Sections 105(d) and 362(d) of the Bankruptcy Code, Granting Relief from Automatic Stay to Allow Payment of Defense Costs Under Employees Liability Insurance Policy [Docket No. 690, Filed March 4, 2011]

    Response Deadline: March 16, 2011 at 4:00 p.m.
    [Extended to March 18, 2011 for Counsel to Easton]

    Responses Received:

    A.  Objection to Debtors' Motion for Relief From Stay to Allow Payment of Defense Costs Filed by Alan Abeshaus, Eric Abeshaus, Mitchell Kurlander [Docket No. 756, Filed March 23, 2011]

    Related Documents: None.

    Status: This matter will go forward.

10. Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief Filed by Jackie D. Jent, II [Docket No. 703, Filed March 9, 2011]

    Response Deadline: March 16, 2011 at 4:00 p.m.
    [Extended for the Debtors to March 18, 2011]

    Responses Received:

    A.  Debtors' Limited Objection and Reservation of Rights to (A) Motion of Jackie D. Jent, II for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief, (B) Motion of Jackie D. Jent, II to File Exhibit Under Seal, and (C) Motion of Jackie D. Jent, II to Limit Scope of Notice on (I) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief (Docket No. 703) and (II) Motion to File Exhibit Under Seal (Docket No. 705) [Docket No. 758, Filed March 23, 2011]

    B.  Joinder to the Debtors' Limited Objection and Reservation of Rights to (a) Motion of Jackie D. Jent, II for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief, (b) Motion of Jackie D. Jent, II to File Exhibit Under Seal, and (c) Motion of Jackie D. Jent, II to Limit Scope of Notice on (i) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Relief and (ii) Motion to File Exhibit Under Seal Filed by Official Committee of Unsecured Creditors [Docket No. 759, Filed March 23, 2011]

Related Documents:

    A.    Motion to File Exhibit Under Seal Filed by Jackie D. Jent, II [Docket No. 705, Filed March 9, 2011]

    B.    Motion to Limit Notice on (I) Motion for Order Authorizing Tardy Filing of Proofs of Claim and for Related Relief and (II) Motion to File Exhibit Under Seal Jackie D. Jent, II [Docket No. 707, Filed March 9, 2011]

Status: This matter will go forward. The sealed portions of this Motion will be provided to the Court in connection with the Hearing Binder.

## APPROVAL OF DISCLOSURE STATEMENT:

11. Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof [Docket No. 692, Filed March 4, 2011]

    Response Deadline:  March 16, 2011 at 4:00 p.m. (Motion);
                                March 18, 2011 at 4:00 p.m. (Disclosure Statement)

    Responses Received:

    A.    Limited Objection of Windjammer Mezzanine & Equity Fund II, L.P. to the Debtors' Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof [Docket No. 731, Filed March 16, 2011]

    B.    Objection to Approval of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors Filed by Alan Abeshaus, Eric Abeshaus, Mitchell Kurlander [Docket No. 757, Filed March 23, 2011]

    C.    Objection to Debtors' Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation

                Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof Filed by Customized Manufacturing Design & Technology Co., Ltd., Jackie D. Jent, II [Docket No. 761, Filed March 23, 2011]

Related Documents:

    A.    Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 656, Filed February 18, 2011]

    B.    Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 657, Filed February 18, 2011]

    C.    Order Granting Debtors' Motion to Shorten Deadline for Filing Objections to Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 661, Filed February 22, 2011]

    D.    Notice of Filing of Exhibit C (Sources and Uses of Estate Assets Prior to the Effective Date) and Exhibit D (Liquidation Analysis) to the Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 689, Filed March 4, 2011]

    E.    Debtors' Reply (A) in Support of the Disclosure Statement and Solicitation Procedures Motion and (B) in Response to the Objections Thereto [Docket No. 767, Filed March 25, 2011]

Status: This matter will be going forward.

Dated: Wilmington, Delaware  
March 25, 2011

GREENBERG TRAURIG, LLP

*/s/ signature/*

Victoria W. Counihan (DE Bar No. 3488)  
Sandra G. M. Selzer (DE Bar No. 4283)  
The Nemours Building  
1007 North Orange Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 661-7000  
Facsimile: (302) 661-7360  
Email: counihanv@gtlaw.com  
      selzers@gtlaw.com

-and-

Keith Shapiro  
Nancy A. Peterman  
77 West Wacker Drive, Suite 3100  
Chicago, Illinois 60601  
Telephone: (312) 456-8400  
Facsimile: (312) 456-8435  
Email: shapirok@gtlaw.com  
      petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile  
Mark Kenney, Esq. (Office of the US Trustee)  
Ellen Slights, Esq. (US Attorney's Office)  
Securities & Exchange Commission  
Internal Revenue Service  
J. Douglas Bacon (Counsel to Bank of America)  
Stuart Brown/Craig Martin (Counsel to Bank of America)  
Christopher Aidun (Counsel to Gordian Shareholders)  
Timothy Clark (Gridron)  
Costa Littas (Counsel to Windjammer)  
Daniel Zazove (Counsel to Riddell)  
Laura Davis Jones/Bruce Grosghal (Counsel to Riddell)  
Ken Rosen/Vincent D'Agostino/Jeff Prol/Cassandra Porter (Committee counsel)  
Steven Kortanek/James Lennon (Committee Counsel)  
Mary Caloway (Counsel to Abeshaus parties)  
Ian Conner Bifferato (Counsel to Evelyn McGhee)  
Counsel to William Hunt  
Counsel to Abraham Sanchez, Jr.  
Counsel to Jackie D. Jent, II  
Counsel to Easton