# SIGN-IN-SHEET

**CASE NAME:** SSI Liquidating, Inc.
**CASE NO.** 10-12795-KJC

**COURTROOM LOCATION: 5**
**DATE: March 29, 2011**

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mary Caloway | Buchanan Ingersoll & Rooney | Abeshaus Parties |
| Lee Kaufman | Richards, Layton + Finger | Windjammer Mezzanine + Equity Fund |
| John Ventola | Choate Hall + Stewart LLP | '' |
| Zeke Allinson | Sullivan Hazeltine Allinson LLP | Jack Tevit & Developer |
| Joseph Farnan, Jr | Farnan, | Dr. Kent |
| Mark Kenney | U.S. Trustee | UST |
| Shredortanele | Womble | Counsels |
| Sohyoung Choo | Greenberg Traurig | Debtors |
| Sandra Selzer | '' | '' |
| Nancy Peterman | '' | '' |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 03/29/2011
**Calendar Time:** 10:00 AM ET

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey #5

*Amended Calendar 03/29/2011 06:21 AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | SSI Liquidating, Inc., et al. | 10-12795 | Hearing | 4122304 | Lisa C. Eldridge | (215) 640-8500 | Thorp Reed & Armstrong | Debtor, Schutt Sports, Inc. and its Debtor Affiliates / LIVE |
| | | SSI Liquidating, Inc., et al. | 10-12795 | Hearing | 4105240 | Jack Jent - Client | (302) 428-8191 | Sullivan Hazeltine Allinson, LLC | Creditor, Self / LIVE |