# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SSI LIQUIDATING, INC., *et al.*,[1] | Case No. 10-12795 (KJC) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 692** |

## CERTIFICATION OF COUNSEL REGARDING ORDER (A) APPROVING THE DISCLOSURE STATEMENT, (B) ESTABLISHING PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, (C) SCHEDULING A HEARING TO CONSIDER CONFIRMATION OF THE JOINT PLAN OF LIQUIDATION, AND (D) ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT THEREOF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certifies that:

1. On February 18, 2011, the Debtors filed the *Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* (the "**Disclosure Statement**") [Docket No. 657] and related *Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* (the "**Plan**") [Docket No. 658].

2. On March 4, 2011, the Debtors filed the *Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider*

---

[1] The new name for each of the Debtors, whose name has changed, along with the former name of each such Debtor and the last four digits of each such Debtor's tax identification number, are: SSI Liquidating, Inc. (f/k/a Schutt Sports, Inc.) (0521), and SH Liquidating, Inc. (f/k/a Schutt Holdings, Inc.) (0276). The following Debtors' names remain the same: Mountain View Investment Company of Illinois (3563), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

*Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof* (the "**Motion**") [Docket No. 692] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Objections to the Disclosure Statement were due to be filed on or before March 18, 2011 at 4:00 p.m. The following objections and responses were filed with the Court: (i) *Limited Objection of Windjammer Mezzanine & Equity Fund II, L.P.* ("**Windjammer**") *to the Debtors' Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof* [Docket No. 731, Filed March 16, 2011]; (ii) *Objection to Approval of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors* Filed by Alan Abeshaus, Eric Abeshaus, Mitchell Kurlander ("**Abeshaus Parties**") [Docket No. 757, Filed March 23, 2011]; and the (iii) *Objection to Debtors' Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof* Filed by Customized Manufacturing Design & Technology Co., Ltd., Jackie D. Jent, II ("**Jent**" and collectively with Windjammer and the Abeshaus Parties, the "**Objectors**") [Docket No. 761, Filed March 23, 2011].

3. A hearing on the Disclosure Statement was held before the Court on March 29, 2011 (the "**Hearing**").

4. A revised proposed form of order has been prepared and has been circulated to the Official Committee of Unsecured Creditors, Counsel for the each of the Objectors and the Office of the United States Trustee. The form of order and related exhibits including the Disclosure Statement and Plan have been revised to reflect the representations of counsel at the Hearing. A copy of the revised proposed order is attached hereto as **Exhibit 1**.

5. Attached hereto as **Exhibit 2** is a blackline comparison of the revisions to the proposed order since the Hearing.

6. The parties respectfully request entry of the proposed order at the Court's convenience.

7. Counsel is available should the Court have any questions or concerns regarding the foregoing.

Dated: March 29, 2011

GREENBERG TRAURIG, LLP

Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
      selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
      petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession