**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In re: SSI LIQUIDATING, INC., *et al.*,[1] Debtors. | Chapter 11 Case No. 10-12795 (KJC) (Jointly Administered) |
|---|---|

**AMENDED NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR MAY 9, 2011 AT 2:30 P.M.[2]**
**Location of Hearing: Courtroom #5, 5th Floor**

**UNCONTESTED MATTERS UNDER CNO:**

1. Motion for Entry of an Order Pursuant to 11 U.S.C. Section 1121(d) Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 804, Filed April 1, 2011]

   Response Deadline: May 2, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection [Docket No. 912, Filed May 5, 2011]

   Status: A certificate of no objection has been filed with the Court and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

2. Third Omnibus Objection to Claims (Non-Substantive) to Certain Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1. [Docket No. 822, Filed April 8, 2011]

   Response Deadline: May 2, 2011 at 4:00 p.m.

[1] The new name for each of the Debtors, whose name has changed, along with the former name of each such Debtor and the last four digits of each such Debtor's tax identification number, are: SSI Liquidating, Inc. (f/k/a Schutt Sports, Inc.) (0521), and SH Liquidating, Inc. (f/k/a Schutt Holdings, Inc.) (0276). The following Debtors' names remain the same: Mountain View Investment Company of Illinois (3563), Circle System Group, Inc. (7711), Melas, Inc. (9761), R.D.H. Enterprises, Inc. (2752), and Triangle Sports, Inc. (6936).

[2] Parties can register for telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Responses Received: None.

Related Documents:

    A.    Declaration of Steve Day in Support of Debtors' Third Omnibus Objection to Claims (Non-Substantive) to Certain Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007, and Local Rule 3007-1 [Docket No. 828, Filed April 11, 2011]

    B.    Certificate of No Objection [Docket No. 913, Filed May 5, 2011]

Status: A certificate of no objection has been filed with the Court and counsel respectfully requests entry of the proposed form of order at the Court's convenience.

**CONTESTED MATTERS GOING FORWARD:**

3. Motion for Relief from Stay Filed by Abraham Sanchez, Jr. [Docket No. 673, Filed February 25, 2011]

    Response Deadline: March 11, 2011 at 4:00 p.m.

    Responses Received:

        A.    Debtors' Objection to Motion of Abraham Sanchez, Jr. for Relief from the Automatic Stay [Docket No. 710, Filed March 11, 2011]

        B.    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Motion of Abraham Sanchez, Jr. for Relief from the Automatic Stay [Docket No. 726, Filed March 14, 2011]

    Related Documents: None.

    Status: This matter will be going forward.

4. Motion for Entry of Order, Pursuant to Sections 105(d) and 362(d) of the Bankruptcy Code, Granting Relief from Automatic Stay to Allow Payment of Defense Costs Under Employees Liability Insurance Policy [Docket No. 690, Filed March 4, 2011]

    Response Deadline: March 16, 2011 at 4:00 p.m.
    [Extended to March 18, 2011 for Counsel to Easton]

    Responses Received:

        A.    Objection to Debtors' Motion for Relief From Stay to Allow Payment of Defense Costs Filed by Alan Abeshaus,

Eric Abeshaus, Mitchell Kurlander [Docket No. 756, Filed March 23, 2011]

Related Documents:

A. Interim Order, Pursuant to Sections 105(d) and 362(d) of the Bankruptcy Code, Granting Relief from Automatic Stay to Allow Payment of Defense Costs Under Employees Liability Insurance Policy [Docket No. 794, Filed March 30, 2011]

Status: **This matter was inadvertently listed as going forward. The parties have agreed to a continuance of this matter to the next omnibus hearing.**

5. Fourth Omnibus Objection to Claims (Substantive) to Certain Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1. [Docket No. 823, Filed April 8, 2011]

Response Deadline: May 2, 2011 at 4:00 p.m.

Responses Received:

A. Informal Objection of Claims Recovery Group LLC, as Assignee (Claim No. 161)

B. Informal Objection of The Manning Passing Academy (Claim No. 334)

Related Documents:

A. Declaration of Steve Day in Support of Debtors' Fourth Omnibus Objection to Claims (Substantive) to Certain Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1 [Docket No. 829, Field April 11, 2011]

B. Notice of Submission of Proof of Claim regarding Fourth Omnibus Objection to Claims (Substantive) to Certain Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003 and 3007 and Local Rule 3007-1 [Docket No. 886, Filed April 22, 2011]

Status: This matter will be going forward.

6. Motion to Authorize Entry of Order Authorizing Payment, on a Pro Rata Basis, of Trade Claims from Trade Creditor Escrow [Docket No. 894, Filed April 25, 2011]

Response Deadline: May 2, 2011 at 4:00 p.m.

Responses Received: A. Informal Objection of Manning Passing Academy

Related Documents:

A. Declaration of Steve Day in Support of Debtors' Motion for Entry of Order Authorizing Payment, on a Pro Rata Basis, of Trade Claims from Trade Creditor Escrow [Docket No. 895, Filed April 25, 2011]

Status: This matter is going forward. The Debtors are working to resolve the informal objection prior to the hearing.

**CONFIRMATION:**

7. Confirmation of First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 796, Filed March 30, 2011]

Response Deadline: April 29, 2011 at 4:00 p.m.

Responses Received:

A. Objection to Debtors' Motion for Entry of Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof Filed by Customized Manufacturing Design & Technology Co., Ltd., Jackie D. Jent, II [Docket No. 761, Filed March 23, 2011]

B. Objection to Confirmation of Plan Filed by Texas Comptroller of Public Accounts [Docket No. 815, Filed April 7, 2011]

C. Objection to Motion to Authorize Tardy Filing of Proofs of Claim and for Related Relief. Filed by WU De Hui [Docket No. 896, Filed April 25, 2011]

D. Objection to Motion to Authorize Tardy Filing of Proofs of Claim and for Related Relief. Filed by WU Xiao Song [Docket No. 897, Filed April 25, 2011]

E. Objection to Plan Confirmation as Relates to Portions of Article 7.7 and the Supplement to the First Amended Joint

Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors Filed by Jackie D. Jent, II [Docket No. 905, Filed April 29, 2011]

F. Informal Objection of the Internal Revenue Service

G. Informal Objection of Alan Abeshaus, Eric Abeshaus, Mitchell Kurlander

Related Documents:

A. Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors, (C) Scheduling a Hearing to Consider Confirmation of the Joint Plan of Liquidation, and (D) Establishing Notice and Objection Procedures in Respect Thereof [Docket No. 795, Filed March 30, 2011]

B. Blackline of First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors March 29, 2011 [Docket No. 798, Filed March 30, 2011]

C. Blackline of Disclosure Statement for First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors March 29, 2011 [Docket No. 799, Filed March 30, 2011]

D. Disclosure Statement for First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 821, Filed April 8, 2011]

E. Plan Supplement to the First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 893, Filed April 22, 2011]

F. Debtors' Memorandum Of Law In Support Of Confirmation Of The First Amended Joint Chapter 11 Plan Of Liquidation Proposed By The Debtors And The Official Committee Of Unsecured Creditors [Docket No. 914, Filed May 5, 2011]

**G. Declaration of Kathleen M. Logan and Etty M. Pollack Certifying Voting On, and Tabulation of, Ballots**

**Accepting and Rejecting First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 916, Filed May 5, 2011]**

H. **Declaration of Steve Day in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 917, Filed May 5, 2011]**

I. **Notice of Filing of Revised Exhibit E to the Plan Supplement to the First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 918, Filed May 5, 2011]**

J. **(Proposed) Findings of Fact, Conclusions of Law, and Order Confirming the Modified First Amended Joint Chapter 11 Plan of Liquidation Proposed by the Debtors and the Official Committee of Unsecured Creditors [Docket No. 919, Filed May 5, 2011]**

Status: This matter will be going forward.

Dated: Wilmington, Delaware
May 5, 2011

GREENBERG TRAURIG, LLP

Victoria W. Counihan (DE Bar No. 3488)
Sandra G. M. Selzer (DE Bar No. 4283)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
selzers@gtlaw.com

-and-

Keith Shapiro
Nancy A. Peterman
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: shapirok@gtlaw.com
petermann@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile
Mark Kenney, Esq. (Office of the US Trustee)
Ellen Slights, Esq. (US Attorney's Office)
Securities & Exchange Commission
Internal Revenue Service
J. Douglas Bacon (Counsel to Bank of America)
Stuart Brown/Craig Martin (Counsel to Bank of America)
Christopher Aidun (Counsel to Gordian Shareholders)
Timothy Clark (Gridron)
Costa Littas (Counsel to Windjammer)
Daniel Zazove (Counsel to Riddell)
Laura Davis Jones/Bruce Grosghal (Counsel to Riddell)
Ken Rosen/Vincent D'Agostino/Jeff Prol/Cassandra Porter (Committee counsel)
Steven Kortanek/James Lennon (Committee Counsel)
Mary Caloway (Counsel to Abeshaus parties)
Ian Conner Bifferato (Counsel to Evelyn McGhee)
Counsel to Abraham Sanchez, Jr.
Counsel to Jackie D. Jent, II
Claimants to 3rd & 4th Omnibus Claims Objections
Texas Comptroller of Public Accounts
WU De Hui
WU Xiao Song
Claims Recovery Group
Manning Passing Academy